

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2015

No. 04-13-00706-CV

**JUDSON INDEPENDENT SCHOOL DISTRICT** and Michael L. Williams, in his official
capacity as Commissioner of Education,
Appellants

v.

Maria Hortencia **RUIZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20399
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
    Marialyn Barnard, Justice
    Luz Elena D. Chapa, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 30th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court